# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00270-CR

**Joe Michael Magana, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT
### NO. CR-15-0596, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Joe Michael Magana has filed a notice of appeal from his judgment of conviction for the offense of aggravated robbery with a deadly weapon, an offense to which Magana pleaded guilty. The district court has certified that this is a plea-bargain case, the defendant has no right of appeal, and the defendant has waived the right of appeal. Accordingly, we dismiss the appeal.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Goodwin

Dismissed

Filed:  May 2, 2017

_____

[1] *See* Tex. R. App. P. 25.2(a)(2), (d).